NUMBER 13-04-112-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

TEOFILO NORBERTO FLORES,                                            Appellant,

v.

TEXAS DEPARTMENT OF PUBLIC SAFETY,                          Appellee.
___________________________________________________________________

On appeal from County Court at Law No. 3
of Cameron County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Memorandum Opinion Per Curiam

         Appellant, TEOFILO NORBERTO FLORES, perfected an appeal from a judgment
entered by County Court at Law No. 3 of Cameron County, Texas, in cause number
2003-CCL-852-C. No clerk’s record has been filed due to appellant’s failure to pay or
make arrangements to pay the clerk’s fee for preparing the clerk’s record. 
         If the trial court clerk fails to file the clerk’s record because the appellant failed
to pay or make arrangements to pay the clerk’s fee for preparing the clerk’s record, the
appellate court may dismiss the appeal for want of prosecution unless the appellant
was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b).
         On June 23, 2004, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 37.3(b). Appellant was given ten days to
explain why the cause should not be dismissed. To date, no response has been
received from appellant. Appellee has filed a motion to dismiss the appeal for want of
prosecution.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to pay or make arrangements to pay the clerk’s fee for preparing the
clerk’s record, appellant’s failure to respond to this Court’s notice, and appellee’s
motion to dismiss the appeal, is of the opinion that the appeal should be dismissed for
want of prosecution. Appellee’s motion to dismiss the appeal is GRANTED, and the
appeal is hereby DISMISSED FOR WANT OF PROSECUTION.
                                                               PER CURIAM

Memorandum Opinion delivered and filed
this the 21st day of October, 2004.